**STANDING CHAPTER 13 TRUSTEE OSMARIE NAVARRO MARTINEZ**
**MINUTES**
**MEETING OF CREDITORS**

**In re:**

**JEYSHUAN JESIEL VALDEZ GARCIA**

**Case No.**   26-02345-ESL

**Attorney Name:**   ROBERTO FIGUEROA CARRASQUILLO*

| Appearances | | | Date & Time:   7/2/2026   9:40:00AM |
|---|---|---|---|

**Appearances**

| Debtor | [X] Present | [ ] Absent |
|---|---|---|
| Joint Debtor | [ ]Present | [ ] Absent |
| Attorney for Debtor | [X] Present | [ ] Absent |

[ ]  Prose

[ ]  Substitute Attorney

**Date & Time:**   7/2/2026  9:40:00AM

[X] R  [ ] NR

[X] This is debtor(s) 1 Bankruptcy filing.
**Creditors:**

**NONE**

**Oath Administered**
       [X] Yes                 [ ] No

**Plan**

**Date:**   06/29/2026         **Base:**      $21,080.00    Payments 1 made out of  1 due.

**Confirmation Hearing Date:**      8/5/2026  8:30:00AM

**Evidence of Pmt shown:**

**Status of Meeting**

[X] Closed          [ ] Not Held          [ ] Held/Continued

[ ] Held/Not Closed

[ ] Continued

**Continued Date:**

[ ] M.T.D. to be filed by Trustee: Debtor(s) failed to:  [ ] Appear: [ ] Commence payments

[ ] MTD Already filed, see Docket:

[X] Other:

**Trustee's Report on Confirmation**
**[ ] FAVORABLE**

**[X] UNFAVORABLE**

**LV: 0.00**                                    **ACP:**  5                          **Unsecured Pool:**   0.00

**(Cont.)**

**In re:**

**JEYSHUAN JESIEL VALDEZ GARCIA**

Case No.   26-02345-ESL

Attorney Name:   **ROBERTO FIGUEROA CARRASQUILLO***

---

**MATTERS**

**MATTER(S):**

**OTHHER:**

-The documents provided for the 401k do not include the maturity date of the loan, or, do not specify that they refer to the retirement loan. This information needs to be submitted to verify the lump sum proposed at part 2.1 on month 28. Debtor has provided evidence of an electronic statement but does not specify that belongs to retirement loan maturity date. This would be the only matter pending.

---

**s/Ana Deseda**

**Trustee/Presiding Officer**

Date:    **07/02/2026**

(Rev. 03/25)